IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 32.210.101.41

**ISP:** Frontier Communications
**Physical Location:** Hartford, CT

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 12/15/2017 20:27:08 | 7F30DB538482FB13F44A1F5B9E72FD75BB8030EB | Emerald Love |
| 09/10/2017 21:05:34 | 98E8F9687656621D900AC20CF8E4A2D0BB765443 | I Cook Naked |
| 08/07/2017 21:16:32 | 556D5DDE1DDDA2155EF137515E405D7A16DA67AB | Susie Up Close and Personal |
| 08/01/2017 07:33:02 | 1013AD59CD964D5872750551C25A1DAFE10CF33C | Sex For Three By The Sea |
| 07/02/2017 13:21:02 | 7B75F1D13DEA537ABF60DA52AABD5912921142AD | XXX Threeway Games |
| 06/28/2017 20:58:43 | ABB60A3671D332C485E7893DAB7B8105B4562691 | Black Lace and Blonde Hair in My Bed |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

CT71