**Copyrights-In-Suit for IP Address 32.210.101.41**

**ISP:** Frontier Communications
**Location:** Hartford, CT

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Emerald Love | PENDING | 07/22/2017 | 08/30/2017 | 12/15/2017 |
| I Cook Naked | PENDING | 09/08/2017 | 10/11/2017 | 09/10/2017 |
| Susie Up Close and Personal | PENDING | 08/06/2017 | 08/30/2017 | 08/07/2017 |
| Sex For Three By The Sea | PENDING | 07/29/2017 | 08/30/2017 | 08/01/2017 |
| XXX Threeway Games | PENDING | 06/30/2017 | 08/30/2017 | 07/02/2017 |
| Black Lace and Blonde Hair in My Bed | PA0002050597 | 06/23/2017 | 08/29/2017 | 06/28/2017 |

**Total Malibu Media, LLC Copyrights Infringed:  6**

EXHIBIT B

CT71